Lowell T. Carruth, # 034065
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants and Counter-Claimants
SDA MANUFACTURING LLC and MERLE SKIP ADRIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LASERAIM TOOLS, INC., <br><br>    Plaintiff, <br><br> v. <br><br> SDA MANUFACTURING LLC AND MERLE SKIP ADRIAN, <br><br>    Defendants. | Case No.  1:09-cv-00013-OWW-DLB <br><br> **STIPULATION RE EXTENSION OF TIME FOR LASERAIM TOOLS, INC. TO RESPOND TO COUNTERCLAIM; AND ORDER THEREON** |

   IT IS HEREBY STIPULATED between the parties, by and through their respective counsel, that Plaintiff and Counter-Defendant LASERAIM TOOLS, INC. ("LASERAIM") shall be granted an extension of time up to and including February 25, 2009 within which to file a responsive pleading to the Counterclaim in the above-captioned matter.  No prior extensions of time have been requested.

   This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the same Stipulation.

   Counsel for Defendants and Counter-Claimants has been authorized to file this Stipulation on behalf of all parties.  Counsel for Defendants and Counter-Claimants has also been authorized to sign on behalf of LASERAIM as LASERAIM'S counsel has not been admitted.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION RE EXTENSION OF TIME FOR LASERAIM TOOLS, INC. TO RESPOND TO
COUNTERCLAIM; AND ORDER THEREON  - CASE NO. 4-08-CV00329 JLH

PDF created with pdfFactory trial version www.pdffactory.com

Dated: February 9, 2009

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By: /s/ Lowell T. Carruth
Lowell T. Carruth
Attorneys for Defendants
and Counter-Claimants
SDA MANUFACTURING, LLC and
MERLE SKIP ADRIAN

## ORDER

Pursuant to the Stipulation as reflected above, and for good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff and Counter-Defendant LASERAIM TOOLS, INC. shall have until February 25, 2009 to file a responsive pleading to Defendants and Counter-Claimants' Counterclaim.

DATED: February 13, 2009

/s/ OLIVER W. WANGER
Judge of the U.S. District Court

01154/00001-1356217.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION RE EXTENSION OF TIME FOR LASERAIM TOOLS, INC. TO RESPOND TO COUNTERCLAIM; AND ORDER THEREON CASE NO. 4-08-CV00329 JLH

PDF created with pdfFactory trial version www.pdffactory.com