Marc E. Hankin (SBN: 170505)
E-Mail: Marc@HankinPatentLaw.com
HANKIN PATENT LAW, A Professional Corporation
6404 Wilshire Boulevard, Suite 1020
Los Angeles, CA 90048-5512
Telephone: (323) 944-0206
Facsimile: (323) 944-0209

Donald R. Fischbach
Email: dfischbach@daklaw.com
DOWLING, AARON & KEELER, INC.
8080 N. Palm, Third Floor
Fresno, CA 93711
Telephone: (559) 432-4500
Facsimile: (559) 432-4590
Attorneys for Plaintiff-Counterdefendant,
**LASERAIM TOOLS, INC.**

Lowell T. Carruth, # 034065
Carol O'Neil, #71282
McCormick, Barstow, Sheppard,
Wayte & Carruth, LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Richard A. Ryan, #154955
Attorney at Law
8497 N. Millbrook, Ste. 101
Fresno, CA 93720
Telephone: (559) 447-1837
Facsimile: (559) 447-1042
Attorneys for Defendants-Counterclaimants,
**SDA MANUFACTURING, LLC and MERLE SKIP ADRIAN**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LASERAIM TOOLS, INC.**, <br><br> Plaintiff- Counterdefendant, <br><br> vs. <br><br> **SDA MANUFACTURING LLC and MERLE SKIP ADRIAN**, <br><br> Defendants- Counterclaimants. | Case No.: 09-CV-00013-OWW-DLB <br><br> **ORDER DISMISSING COMPLAINT, AND THE ACTION IN ITS ENTIRETY WITHOUT PREJUDICE AND STIPULATION THEREON** |

Plaintiff-Counterdefendant Laseraim Tools, Inc. and Defendants-Counterclaimants SDA Manufacturing and Merle Skip Adrian, all of the Parties in this case, by and through their respective undersigned Counsel of Record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate that:

1. The Parties have entered into a Settlement Agreement and Release of Claims ("Settlement Agreement"), which provides, *inter alia*, that the attorneys for the parties shall execute and file this Stipulation; and

2. The Parties request that the Court Dismiss the Complaint, Counterclaims, and the Entire Action Without Prejudice, with each Party to bear its own fees and costs. No Party may appeal this dismissal.

**IT IS SO ORDERED.**

Dated: 6/1/2009                    By:  /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger
                                        United States District Judge

**THE FOREGOING IS HEREBY STIPULATED TO, BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL:**

Dated: May 29, 2009         **McCORMICK, BARSTOW, SHEPPARD**
                            **WAYTE & CARRUTH, LLP**


                            By:   s/Lowell T. Carruth
                                  Lowell T. Carruth
                                  Attorney for Defendants-Counterclaimants
                                  **SDA MANUFACTURING LLC AND MERLE SKIP ADRIAN**


                            **HANKIN PATENT LAW**,
                            A Professional Corporation

                                    /Marc E. Hankin/
Dated: May 29, 2009         _____
                            By:   Marc E. Hankin, Esq.
                                  Attorneys for Plaintiff-Counterdefendant,
                                  **LASERAIM TOOLS, INC.**

01154/00000-1401228. v1

-2-                                                              09-CV-00013-OWW-DLB
**ORDER DISMISSING COMPLAINT, AND THE ACTION IN ITS ENTIRETY WITHOUT PREJUDICE; STIPULATION THEREON**